AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| United States of America | ) | Case: 1:22-mj-00171 |
| v. | ) | Assigned to: Judge Harvey, G. Michael |
| DEMETRIUS MINOR | ) | Assign Date: 7/29/2022 |
| DOB: xx/xx/xxxx-PDID: xxx-xxx | ) | Description: COMPLAINT W/ ARREST WARRANT |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ December 3, 2021 _____ in the county of _____ in the
_____ District of _____ Columbia _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(a)(5) | unlawfully, and knowingly transfer interstate of a firearm |
| 18 U.S.C. § 922(d) | unlawfully, and knowingly selling/disposing a firearm to a prohibited person |
| 18 U.S.C. § 924(a)(1)(A) | unlawfully, and knowingly illegal dealing of a firearm |
| 18 U.S.C. § 371 | Conspiracy to violate federal firearm laws |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

_____
*Complainant's signature*

_____ John Donovan, SA, ATF _____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by Telephone (specify reliable electronic means).

Date: _____ 07/29/2022 _____

_____
*Judge's signature*

City and state: _____ Washington, DC _____         _____ G. Michael Harvey, U.S. Magistrate Judge _____
*Printed name and title*