IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case: 1:22-mj-00171 |
| ) | Assigned to: Judge Harvey, G. Michael |
| v.                          ) | Assign Date: 7/29/2022 |
| ) | Description: COMPLAINT W/ ARREST WARRANT |
| DEMETRIUS MINOR,            ) | |
| ) | **Under Seal** |
| Defendant.            ) | |

**AFFIDAVIT IN SUPPORT OF A**
**CRIMINAL COMPLAINT AND ARREST WARRANT**

I, John C. Donovan, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.      I am "an investigative or law enforcement officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code. I have been employed by ATF since November 2016 and am assigned to ATF Washington Field Division's Firearms Trafficking Group. My assignments include investigating individuals who are involved in the illegal purchase, possession, and transfer of firearms, and violent crimes involving firearms. Since working for the ATF, I have graduated from the Criminal Investigator Training Program and ATF Special Agent Basic Training. As a law enforcement officer, I am authorized to execute warrants issued under the authority of the United States.

2.      I base the facts set forth in this affidavit upon my personal knowledge, information obtained during my participation in this investigation, review of documents to include business and official government records, knowledge obtained from other individuals including law enforcement personnel, and communications with others who have personal knowledge of the events and

1

circumstances described herein. Because this affidavit is being submitted for the limited purpose of enabling this Court to make a judicial determination of probable cause to issue an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish the legal basis for probable cause and the issuance of an arrest warrant.

3.      Based on the facts set forth in this affidavit, there is probable cause to believe that violations of 18 U.S.C. §§ 922(a)(5) ("Interstate Transfer"), 922(d) ("Sell or Otherwise Dispose to a Prohibited Person"), § 924(a)(1)(A) ("Illegal Dealing of Firearms"), and § 371 ("Conspiracy to Violate Federal Firearms Laws", to include 18 U.S.C. §§ 922(a)(5), 922(d), 922(g)(1) ("Unlawful Possession of a Firearm by a Prohibited Person"), and 924(a)(1)(A)) have been and are being committed by Demetrius MINOR, as well as known and unknown coconspirators.

## PROBABLE CAUSE

### A. Recovery of Firearms

4.      On November 17, 2021, in Washington, D.C., MPD officers were conducting proactive patrol at the intersection of 7th Street NE and Girard Street NE, Washington, D.C. where they observed a large amount of marijuana inside a black Honda Accord. The quantity of marijuana was in excess of the quantity an individual may possess for personal use. The officers initiated a search of the vehicle. While searching the vehicle for additional contraband, a firearm was recovered from the glovebox. That firearm was a Ruger-57, 5.7x28mm pistol, bearing a serial number 641-71586 (hereinafter "GUN A"). ATF conducted a trace of GUN A, which showed that Demetrius MINOR of Maryland was the original purchaser. The firearm was transferred from Engage Armament, a Federal Firearms Licensee (FFL), to MINOR on July 28, 2021. The firearm and

narcotics were seized as evidence of armed narcotics trafficking.

5.      On November 27, 2021, at approximately 1:43 AM, MPD responded to a call for an aggravated assault near 2319 Chester Street SE, Washington, D.C. When MPD responded to the location, they encountered an individual later identified as Conspirator-1, who was armed with a rifle. CONSPIRATOR-1 ignored multiple commands to drop the rifle, at which time an MPD officer discharged their service weapon. At this time, CONSPIRATOR-1 dropped the rifle and entered a black BMW X5, with VA tag UBC-9440, and drove away. CONSPIRATOR-1 eventually exited his vehicle and continuing to flee on foot. CONSPIRATOR-1 initially evaded MPD, and a Springfield XDS-45, .45 caliber pistol, serial number XS679933 (hereinafter "GUN B") and a cell phone were recovered in CONSPIRATOR-1's flight path.

6.      The complaining witness in the assault case, CONSPIRATOR-1's ex-wife, later identified the cell phone recovered in the flight path as belonging to CONSPIRATOR-1. The complaining witness also stated that CONSPIRATOR-1 had been attending a housewarming party at her house when he became agitated and returned with a handgun. At that time, CONSPIRATOR-1 began pointing the handgun at peoples' heads. CONSPIRATOR-1 was pushed out of the apartment and the handgun was taken by CONSPIRATOR-1's stepson. CONSPIRATOR-1 subsequently returned to the apartment with a rifle and took the handgun back before MPD arrived.

7.      CONSPIRATOR-1 was eventually arrested outside of 5201 Hayes Street NE, Apt 213, Washington, D.C. around 5:20 AM on November 27, 2021 (several hours after he had fled from police).

8.      Based on a review of records, GUN B was transferred from United Gun Shop, an FFL, to MINOR on August 13, 2021, and a National Crime Information Center query revealed that GUN B had been reported stolen to the Montgomery County Police by MINOR at approximately

21:41 on November 27, 2021, the same day as the incident involving CONSPIRATOR-1.

**B. *Retrieval of ATF Form 4473s and Security Video***

9.     Based on the results of the ATF trace of GUN A and the stolen report of GUN B, on November 30, 2021, ATF Special Agent ("SA") Rebekah Moss telephoned Engage Armament, located at 701 E. Gude Drive, #101, Rockville, Maryland 20850, about Demetrius MINOR and the purchase of GUN A. An employee stated that he remembered MINOR and further stated that MINOR had been in the store on November 26, 2021 and had purchased a firearm. He stated that Maryland has a seven day hold from the time a pistol was purchased until the date it could be picked up, so MINOR could come in on Friday, December 3, 2021, to pick up the firearm.

10.     On December 1, 2021, Special Agent Rebekah Moss retrieved copies of the Firearms Transaction Records ("ATF Form 4473") from Engage Armament for the transfer of more than 25 firearms to MINOR during a period of time from April of 2021 through September of 2021. These firearms transfers are listed below[1]:

| Transfer Date | Manufacturer | Model | Caliber | Type | Serial Number |
|---|---|---|---|---|---|
| 04/06/2021 | Taurus | PT111 G2A | 9mm | Pistol | ACA475492 |
| 04/14/2021 | Glock | 19X | 9mm | Pistol | BTDV743 |
| 04/16/2021 | Glock | 17 Gen 5 | 9mm | Pistol | BTBG105 |
| 05/11/2021 | Glock | 26 | 9mm | Pistol | BSMB754 |
| 05/11/2021 | Glock | 43 | 9mm | Pistol | AFFN936 |
| 06/05/2021 | Glock | 26 | 9mm | Pistol | BTEX642 |
| 06/05/2021 | Glock | 27 Gen 3 | .40 caliber | Pistol | BTFD468 |
| 06/05/2021 | Glock | 43 | 9mm | Pistol | AEXZ257 |

---

[1] The information listed is based on the ATF Form 4473s obtained from Engage Armament.

| 06/09/2021 | Taurus | G3C | 9mm | Pistol | ACB520645 |
|---|---|---|---|---|---|
| 06/09/2021 | Pioneer Arms Corp | Hellpup | 7.62x39 | Pistol | PAC1150019 |
| 06/09/2021 | Taurus | G3 | 9mm | Pistol | ACA456782 |
| 06/19/2021 | Glock | 17 Gen 5 | 9mm | Pistol | BTNB564 |
| 06/23/2021 | Umarex/Heckler & Koch | 416 D | 22LR | Rifle | HB046753 |
| 07/16/2021 | Springfield Armory | XD-9 | 9mm | Pistol | BY499104 |
| 07/24/2021 | Taurus | G3 | 9mm | Pistol | ABK980872 |
| 07/28/2021 | Ruger **"GUN A"** | 57 | 5.7x28mm | Pistol | 641-71586 |
| 07/28/2021 | Glock | 20SF | 10mm | Pistol | BSRA376 |
| 07/31/2021 | Glock | 17 Gen 5 MOS | 9mm | Pistol | BTBT052 |
| 08/06/2021 | Ruger | 57 | 5.7x28mm | Pistol | 641-75252 |
| 08/06/2021 | Glock | 31 Gen 3 | .357 Sig | Pistol | BNWB953 |
| 08/06/2021 | Glock | 29 Gen 4 | 10mm | Pistol | BSRR171 |
| 08/06/2021 | Springfield Armory | Hellcat | 9mm | Pistol | BY589829 |
| 08/26/2021 | Taurus | PT111 G2A | 9mm | Pistol | ACD763836 |
| 08/26/2021 | Taurus | G2S | 9mm | Pistol | ACD835962 |
| 08/28/2021 | Glock | 48 | 9mm | Pistol | BSTW539 |
| 09/15/2021 | Glock | 43X | 9mm | Pistol | BUEH697 |

11.     Another employee at Engage Armament, downloaded the FFL's surveillance video for the time MINOR was at the FFL on November 26, 2021, and provided it to SA Moss. The video depicted MINOR handling a firearm inside the FFL.

12.     The staff member also provided the ATF Form 4473 and receipt for a Glock 30S, .45 caliber pistol, bearing S/N: BUSY628 (hereinafter "GUN C") that MINOR had purchased on November 26, 2021, and was awaiting the seven days to pass before he could retrieve GUN C.

13.     On December 1, 2021, SA Rebekah Moss retrieved copies of the ATF Form 4473 for MINOR's firearm purchases from United Gun Shop, located at 5465 Randolph Road, Rockville, MD 20852, where GUN B was purchased. A manager at United Gun Shop, provided SA Moss copies of the ATF Form 4473s and related paperwork. The firearms transferred to MINOR from United Gun Shop are listed below[2]:

| Transfer Date | Manufacturer | Model | Caliber | Type | Serial Number |
|---|---|---|---|---|---|
| 5/05/2020 | Hammerli | TAC R1 22C | 22LR | Rifle | HA012265 |
| 8/13/2021 | Springfield **"GUN B"** | XDS 45 | .45 | Pistol | XS679933 |
| 8/17/2021 | Glock | 23 | 9mm | Pistol | VCU219 |
| 8/21/2021 | Century Arms | Draco | 7.62x39 | Pistol | 21PF-8378 |
| 10/05/2021 | Glock | 23 | .40 caliber | Pistol | CFH856 |
| 10/05/2021 | Century Arms | Draco | 7.62x39 | Pistol | SV7P004515 |

14.     On December 7, 2021, your affiant went to Atlantic Guns, an FFL located at 15813 Frederick Road, Rockville, MD 20855, to retrieve copies of the ATF Form 4473s for the transfers of firearms to MINOR.

---

[2] The information listed is based on the ATF Form 4473s obtained from the United Gun Shop.

15.     Your affiant spoke with an employee at Atlantic Guns who provided the ATF Form 4473s for the purchases of the following firearms to MINOR. The firearms transferred to MINOR from Atlantic Guns are listed below[3]:

| Transfer Date | Manufacturer | Model | Caliber | Type | Serial Number |
|---|---|---|---|---|---|
| 10/20/2020 | Steyr | M40-A1 | .40 | Pistol | 046761 |
| 01/15/2021 | Stoeger | STR-9 | 9mm | Pistol | T6429-20U12208 |
| 03/20/2021 | Glock | G17 | 9mm | Pistol | BSHA227 |
| 08/04/2021 | Taurus | G2C | 9mm | Pistol | 1C050673 |
| 08/13/2021 | Taurus | G3 | 9mm | Pistol | ACG067178 |
| 08/14/2021 | Glock | 19X | 9mm | Pistol | BTYW081 |
| 09/04/2021 | Taurus | PT 24/7 | 9mm | Pistol | TAN19946 |

16.     Upon later review of the ATF Form 4473s (October 2016 Edition) from the firearm transfers that took place on May 5, 2020, and October 20, 2020, it was noted that MINOR checked "Yes" in Block 11a, which states "Are you the actual transferee/buyer of the firearm(s) listed on this form?", affirming that he was the actual transferee/buyer of the firearm listed in Blocks 24 through 28 on the form. Block 14 on both ATF Form 4473s was signed by MINOR, certifying that his answers in Section A were true, correct, and complete.

17.     Upon later review of the ATF Form 4473s (May 2020 Edition) from the firearm transfers that took place on January 15, 2021, and later, it was noted that MINOR checked "Yes" in Block 21a, which states "Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A)?", affirming that he was the actual transferee/buyer

---

[3] The information listed is based on ATF Form 4473s obtained from Atlantic Guns.

of the firearm listed in Blocks 1 through 5 on the forms. Block 22 on each of the ATF Form 4473s was signed by MINOR, certifying that his answers in Section B were true, correct, and complete.

### C. *Review of Security Video from Engage Armament*

18.     ATF reviewed the surveillance video from Engage Armament from November 26, 2021, which showed MINOR enter the store wearing glasses, black pants, black t-shirt and black hat. Two young females also entered the store with MINOR. For a few minutes, MINOR looked at several firearms. MINOR completed the required paperwork for the firearm purchase and then paid cash. Soon after MINOR and the unidentified females exited the store and walked to a white SUV with dark colored wheels which was parked outside of Engage Armament. They entered the vehicle and drove out of the parking lot.

### D. *Surveillance of MINOR's Residence*

19.     Through investigation, it was determined that MINOR's home address was 12644 Grey Eagle Court, Apartment # [Redacted], Germantown, Maryland 20874. On Thursday, December 2, 2021, at approximately 3:51 PM, ATF SA Orlando Mora conducted surveillance around the area of 12644 Grey Eagle Court, Germantown, Maryland. At approximately 4:25 PM, SA Mora observed a white Ford SUV, bearing Maryland tag 2EE8209, park near building 12644. This white Ford SUV was consistent with the white SUV seen in the store surveillance video from Engage Armament. SA Mora then observed an individual matching MINOR's description exit the driver's side of the vehicle.

### E. *Surveillance and Investigative Stop*

20.     On December 3, 2021, ATF SA Matt Hopkins and SA Brett Mervis conducted surveillance around MINOR's residence, 12644 Grey Eagle Court, apartment [Redacted], Germantown, Maryland 20874. SA Hopkins and SA Mervis located the white Ford SUV with dark colored wheels, bearing Maryland tag 2EE8209, in the parking lot of the apartment complex.

21.     At approximately 12:52 PM, Engage Armament called MINOR to inquire when he would be picking up GUN C, which he had purchased on November 26, 2021. MINOR said he would come to pick up the firearm in approximately an hour and a half.

22.     At approximately 2:14 PM, SA Mervis observed MINOR, wearing a black shirt and black pants, walk to and enter the white Ford SUV, bearing Maryland tag 2EE8209, and drive out of the parking lot. SA Hopkins followed MINOR onto I-270 South and continued surveillance of MINOR until approximately 2:26 PM.

23.     At approximately 2:37 PM, Your affiant observed a white Ford SUV, bearing Maryland tag 2EE8209, pull into the parking lot of Engage Armament and MINOR exit the driver's seat of the vehicle. Your affiant observed MINOR enter the building that contains Engage Armament, and approximately nine minutes later observed MINOR exit while carrying a black bag in his left hand and get into the driver's seat with the black bag. MINOR then sat in his vehicle for approximately thirteen minutes. At approximately 3:04 PM, Your affiant observed MINOR pull out of the parking lot.

24.     Continuous mobile surveillance of MINOR's vehicle was conducted until approximately 3:30 PM, when an investigative stop of MINOR was conducted by Montgomery County Police marked units near 12609 Wisteria Drive, Germantown, Maryland 20874. Montgomery County Police units directed MINOR to exit the vehicle. An ATF Agent contacted

MINOR and told him that another ATF Agent would like to speak with him about a firearm purchase.

### F. Consensual Interview of MINOR

25.     On December 3, 2021, at approximately 3:33 PM, Your affiant and ATF SA Moss interviewed MINOR about his recent firearm purchases.

26.     MINOR stated that he currently resides at 12644 Grey Eagle Court, Apartment # [Redacted], Germantown, MD 20874 and that he was not currently employed; Rather he bought and sold items on internet websites and did snow removal.

27.     MINOR stated he had one (1) Glock 17, 9mm pistol at the apartment and the one (1) Glock 30, .45 ACP pistol (GUN C), that he had purchased earlier that day, in his vehicle.

28.     MINOR stated that he reported a firearm, GUN B, stolen on Friday (11/26/2021) or Saturday (11/27/2021), and that he reported it stolen the same day it was missing.

29.     MINOR stated that his first firearm purchase was a Steyer M40 in October 2020, and that he had traded that firearm into either Atlantic Guns or United Gun Shop to buy a Glock 17.

30.     MINOR stated that he was aware that the firearm he had reported stolen had been recovered, and that he had received an anonymous phone call about the firearm through a social media platform on his cell phone. He stated that he saw a photograph of the firearm on an Instagram page for Washington, D.C. area news and then checked his closet, realized the firearm was missing, and reported it stolen.

31.     MINOR stated that there are a few firearms which he had given to family members, so they can protect themselves. He then stated that he would give these people firearms to defend their houses. When asked how many firearms he had given to people, MINOR stated approximately

five or six. MINOR stated that he would be able to get the firearms back, but MINOR was hesitant to give any information about family members to whom he had given the firearms.

32.     MINOR stated that he was aware that the firearm which had been recovered was used in some sort of altercation or shoot out. Your affiant then explained it had been used in a Police Officer involved shooting.

33.     MINOR stated that he had given approximately five to six firearms, including Glock and Taurus pistols, to a business associate named "Tiffany." He stated that he met her at Engage Armament, but she did not go into the store. He stated that he had not spoken to Tiffany in several months and had last given her a firearm in June or July of 2021. He stated that Tiffany was not giving MINOR anything in exchange for the firearms and that he knew Tiffany through an acquaintance. He stated he had conducted two transactions with Tiffany of two to three firearms at a time.

34.     MINOR stated that he had not kept any records of his firearms being transferred to anyone to whom he had given them. He then stated that he did not sell any of the firearms. Your affiant asked MINOR if anyone had ever approached him and asked him to buy them a firearm; MINOR replied he had people still writing him that wanted him to sell them a firearm, but he had not sold them a firearm. He further stated that he was aware the correct way to do firearm transfers was through an FFL, and he knew he was not doing the right thing when he was transferring firearms to other individuals. SA Moss asked MINOR why he would not transfer the firearms through an FFL to these individuals, he stated that he was worried that some of them would not pass the background check.

35.     MINOR stated that he had bought firearms with the intention of giving them directly to a friend or family soon after purchasing them, even if he did not get payment.

36.    MINOR stated that prior to the day he was stopped and interviewed, the last time he purchased a firearm was in July or August of 2021. He then stated that he told people he was not giving them more firearms, because he knew that eventually someone was going to come to him and say that firearms in his name, were out there, meaning the firearms were with other people and used in the community.

37.    MINOR asked your affiant about what he was facing criminally, and your affiant paraphrased the warning statement at the top of page 1 of the ATF Form 4473 (May 2020 Edition), which states, "The information you provide will be used to determine whether you are prohibited by Federal or State law from receiving a firearm. Certain violations of the Gun Control Act, 18 U.S.C. 921 et. seq., are punishable by up to 10 years imprisonment and/or up to a $250,000 fine. Any person who exports a firearm without a proper authorization from either the Department of Commerce or the Department of State, as applicable, is subject to a fine of not more than $1,000,000 and up to 20 years imprisonment."

38.    MINOR stated that one of the main individuals to whom he had given firearms to was his cousin, CONSPIRATOR-1, who was currently in jail, because CONSPIRATOR-1 was involved in a shootout. He stated that he had given CONSPIRATOR-1 approximately eight (8) firearms, had met him a few times in Northwest D.C. and had last met with CONSPIRATOR-1 in August 2021. He said CONSPIRATOR-1 is from Northeast D.C. A check of law enforcement databases showed that CONSPIRATOR-1 had a listed address of 2100 Martin Luther King, Jr Avenue, Unit [Redacted], SE, Washington, D.C. associated with a Driver's License that was issued on June 12, 2018.[4] MINOR stated that he was sure that CONSPIRATOR-1 had his own firearm but would not

---

[4] In a Pretrial Services Report for the District of Columbia Superior Court, dated November 29, 2021, CONSPIRATOR-1 provided an address of 5201 Hayes Street, N.E., Apt. [Redacted], Washington, D.C. 20019. This is the same address where CONSPIRATOR-1 was arrested during the incident described in ¶¶ 10-13.

answer why he was giving CONSPIRATOR-1 additional firearms. MINOR stated that he had given CONSPIRATOR-1 approximately one (1) Glock 19X, two (2) Taurus, one (1) Draco, and two (2) Glock 23 firearms in Mid-Summer of 2021. CONSPIRATOR-1 is a prohibited person because CONSPIRATOR-1 was previously convicted of Assault with a Dangerous Weapon (Gun) in 2012 and Accessory After the Fact to Murder I While Armed in the early 1990's..

39.     MINOR stated that he had last seen CONSPIRATOR-1 in August 2021 at MINOR's apartment and that CONSPIRATOR-1 had known where MINOR kept his firearms. MINOR explained the circumstances that he was aware of for the firearm that had been recovered in conjunction with CONSPIRATOR-1's recent arrest (GUN B) and how he arrived at the conclusion that the firearm might have been one of his firearms, so he then reported it stolen. *See* ¶ 13. MINOR stated that he knew CONSPIRATOR-1 had GUN B, because he had actually given CONSPIRATOR-1 GUN B, and it had not been stolen as he previously claimed. He estimated he gave CONSPIRATOR-1 GUN B in July or August of 2021.

40.     MINOR stated that in 2015, he purchased a shotgun, which his brother has. He stated his brother is not a felon but has a criminal record, and has MINOR's shotgun, because he cannot buy his own firearm. A query of law enforcement databases for the criminal records of MINOR's known brother showed that he was arrested in Maryland for the charge of Handgun on Person on May 29, 2011, and was found guilty on October 25, 2011. This conviction would have made Minor's brother prohibited from lawfully possessing a firearm.

41.     MINOR stated he purchased the Glock 17 pistol, which he had at the apartment, in July or August 2021 from Engage Armament. Your affiant drove his government vehicle with SA Moss and MINOR to MINOR's apartment complex. MINOR walked into his apartment and exited a few minutes later carrying a pistol case in his hand. Your affiant took the case, looked inside it, and

removed a Glock 17 Gen 5, 9mm semi-automatic pistol, bearing serial number BTBT052 (hereinafter "GUN D").

42.     Your affiant asked MINOR to consent to search his bedroom in his mother's apartment. Once inside MINOR's bedroom, your affiant filled out an ATF Consent to Search Form for MINOR's bedroom, read it aloud and MINOR signed it.

43.     Your affiant, in the presence of ATF SA Niccolo Coia and MINOR, conducted a search of MINOR's bedroom. Your affiant seized a black plastic case for Springfield XD with a label attached for a GUN B; one hundred and fifteen (115) rounds of assorted ammunition in the manufacturers' boxes; nine (9) empty pistol magazines of various calibers and capacities; two (2) Glock magazines which contained a total of an additional thirty (33) rounds of 9mm ammunition; two (2) Atlantic Guns layaway receipts and other assorted firearms parts and accessories.

44.     MINOR consented to a search of his Apple iPhone 13 Pro Max. Law enforcement took MINOR's iPhone in order to conduct the search, as detailed below in Section H. MINOR stated he also had a phone number of 240-***-2250.

45.     GUN C, along with original Glock box and two magazines, were recovered by law enforcement from MINOR's Ford Escape SUV, bearing Maryland tag 2EE8209, following the investigative stop.

### G.  Follow-on Interview of MINOR

46.    On December 6, 2021, ATF Your affiant and SA Moss conducted a follow-on interview of MINOR, during which MINOR stated that he had retrieved a Taurus 24/7 Pro pistol and was willing to give it to the ATF Agents. He stated that the firearm was currently at his apartment, but it had not been in there on December 3, 2021, when ATF searched his bedroom. He stated that he had gotten the firearm back from the unnamed individual he had given it to, and that it was the only firearm that he had given this individual but was not willing to identify that individual.

47.    Your affiant then instructed MINOR to drive to back his apartment, retrieve the firearm and then meet the Agents in Germantown, MD. Your affiant and SA Moss, followed MINOR back to his apartment, waited while MINOR went into his apartment, retrieved the firearm, and then reentered his own vehicle. They then followed MINOR to a parking lot and resumed the interview.

48.    MINOR handed over a Taurus 24/7 Pro, 9mm pistol, bearing serial number TAN19946, along with one (1) loose magazine and eight (8) loose rounds of 9mm ammunition.

49.    During the interview, your affiant showed MINOR a photograph of CONSPIRATOR-1, which MINOR positively identified as CONSPIRATOR-1. He stated that he had last seen CONSPIRATOR-1 in or around August 2021 and had given him a firearm then. He stated that they met in the parking lot of a park on McArthur Boulevard in Northwest D.C., and that every time he met with CONSPIRATOR-1 it was in approximately the same spot. He stated that he did not know if CONSPIRATOR-1 was getting firearms from other people.

50.    MINOR stated that he had met "Tiffany" through CONSPIRATOR-1 and had last seen "Tiffany" at a firearms store in or around July 2021. He stated that the four or five firearms which he had given to "Tiffany" were for CONSPIRATOR-1, and that CONSPIRATOR-1 had sent

"Tiffany" to pick up the firearms for him. He stated that the first two times he had met Tiffany were in his neighborhood in Maryland, and after that he only met with CONSPIRATOR-1 in D.C.

51.     MINOR claimed that he saw information on an Instagram newsfeed and figured out that another firearm had been recovered. He stated that he gave CONSPIRATOR-1 a black and green Taurus G2C 9mm subcompact pistol, that was later recovered by law enforcement. He stated the purchased that firearm in or around July 2021 and gave it directly to CONSPIRATOR-1.

52.     MINOR stated the majority of the firearms he had given CONSPIRATOR-1 had been ones he had sitting around, and that CONSPIRATOR-1 had asked him for the firearms. MINOR stated that neither CONSPIRATOR-1, nor "Tiffany" ever gave him money for the firearms.

### H.  Search of MINOR's Apple iPhone

53.     On December 6, 2021, SA Mora forensically processed MINOR's Apple iPhone 13, pursuant to a signed ATF Form 3220.11 Consent to Search by owner of the device.

54.     The cellular device was forensically processed successfully. The data extracted was placed onto a USB storage media and was given to ATF SA Moss and your affiant for analysis. This search yielded several phone numbers associated with the mobile handset including 240-***-2250 and 240-***-5266. The Search only obtained information attributable to MINOR from on or about November 5, 2021, onward and did not contain any information from the summer of 2021. Although no direct communication between CONSPIRATOR-1 and MINOR was located, agents observed a video, which was taken on November 26, 2021, at approximately 14:49:31, a time while MINOR was inside of Engage Armament, of a Glock 30 being held up. At approximately 16:21, this same video clip is shared by MINOR in a text conversation with multiple unknown associates that he communicated within a text message string in which he then stated to his associates that he had purchased a Glock 30. Based on the make and model of the firearm, and date and time of the video

16

being taken, and of the text message, your affiant believes the firearm shown in video and described in the message is GUN C.

   *I.   Execution of the Search Warrant of CONSPIRATOR-1's Cell Phone*

      55.   On December 10, 2021, ATF SA Rebekah Moss, took receipt of CONSPIRATOR-1's blue Motorola Moto G Play cell phone, which was recovered by law enforcement following his arrest on November 27, 2021.

      56.   On January 12, 2022, your affiant swore out a District of Columbia District Court Search Warrant (22-sw-004) for CONSPIRATOR-1's blue Motorola Moto G Play cell phone. Later that same day, ATF Task Force Officer Eric Roche extracted the contents of the blue Motorola Moto G Play cell phone utilizing Cellebrite UFED and Cellebrite Physical Analyzer and determined the telephone number of 202-***-9849.

      57.   Your affiant conducted a search of the extraction, and a report was generated showing the some of the discussions between CONSPIRATOR-1 and some of his contacts. Some of the pertinent conversations are listed:

      58.   On June 26, 2021, CONSPIRATOR-1 discussed the potential sale of a firearm with a contact labeled as "Te". CONSPIRATOR-1 sent "Te" three different images of firearms.

| Type | Direction | Date & Time | Party | Description |
|------|-----------|-------------|-------|-------------|
| Instant Messages | Incoming | 6/25/2021 4:07:33 PM(UTC+0) | From: ***-***-****Te | Wassup |
| Instant Messages | Incoming | 6/25/2021 11:25:23 PM(UTC+0) | From: ***-***-****Te | Hold up |
| Instant Messages | Outgoing | 6/25/2021 11:26:16 PM(UTC+0) | To: 202***9849 Donny | I have shit to do |

| Instant Messages | Incoming | 6/25/2021 11:26:35 PM(UTC+0) | From: \*\*\*-\*\*\*-\*\*\*\*Te | I'm 5 min from my car my mom otp |
|---|---|---|---|---|
| Instant Messages | Outgoing | 6/25/2021 11:29:41 PM(UTC+0) | From: +1202\*\*\*9849 Donny To: \*\*\*-\*\*\*-\*\*\*\* Te | image000000.jpg<br><br>[Silver and black Lorcin pistol]<br><br> |
| Instant Messages | Incoming | 6/25/2021 11:30:06 PM(UTC+0) | To: \*\*\*-\*\*\*-\*\*\*\*Te | |
| Instant Messages | Outgoing | 6/25/2021 11:30:22 PM(UTC+0) | To: 202\*\*\*9849 Donny | Is this for you |
| Instant Messages | Incoming | 6/25/2021 11:30:32 PM(UTC+0) | From: \*\*\*-\*\*\*-\*\*\*\*Te | Yes this is for me �������� |
| Instant Messages | Outgoing | 6/25/2021 11:31:17 PM(UTC+0) | To: 202\*\*\*9849 Donny | Ok |
| Instant Messages | Outgoing | 6/25/2021 11:31:43 PM(UTC+0) | To: 202\*\*\*9849 Donny | Do you like it |
| Instant | Incoming | 6/25/2021 | From: \*\*\*-\*\*\*- | What is it ? |

| Instant Messages | | 11:36:48 PM(UTC+0) | ****Te | |
|---|---|---|---|---|
| Instant Messages | Incoming | 6/25/2021 11:37:21 PM(UTC+0) | From: ***-***-****Te | Send an addy too |
| Instant Messages | Outgoing | 6/25/2021 11:37:21 PM(UTC+0) | To: 202***9849 Donny | 9mm |
| Instant Messages | Incoming | 6/25/2021 11:37:39 PM(UTC+0) | From: ***-***-****Te | Yeah what kind 9mm |
| Instant Messages | Outgoing | 6/25/2021 11:38:55 PM(UTC+0) | To: 202***9849 Donny | Luqa 9 |
| Instant Messages | Outgoing | 6/25/2021 11:39:46 PM(UTC+0) | To: 202***9849 Donny | 5201 Hayes St. |
| Instant Messages | Outgoing | 6/25/2021 11:40:10 PM(UTC+0) | To: 202***9849 Donny | N.E |
| Instant Messages | Incoming | 6/25/2021 11:40:15 PM(UTC+0) | From: ***-***-****Te | How much |
| Instant Messages | Outgoing | 6/25/2021 11:41:00 PM(UTC+0) | To: 202***9849 Donny | You no or we can talk about it |
| Instant Messages | Outgoing | 6/25/2021 11:46:24 PM(UTC+0) | To: 202***9849 Donny | You and me going |
| Instant Messages | Outgoing | 6/25/2021 11:46:52 PM(UTC+0) | To: 202***9849 Donny | Can not bring no one else |

| Instant Messages | Outgoing | 6/25/2021 11:48:10 PM(UTC+0) | To: 202***9849 Donny | We not going to give it to me |
|---|---|---|---|---|
| Instant Messages | Outgoing | 6/25/2021 11:48:23 PM(UTC+0) | To: 202***9849 Donny | Or he not going to give it to me |
| Instant Messages | Outgoing | 6/25/2021 11:50:24 PM(UTC+0) | To: 202***9849 Donny | Do not tell no one that I'm doing this no one |
| Instant Messages | Outgoing | 6/25/2021 11:52:17 PM(UTC+0) | To: 202***9849 Donny | My man of a man have a g17 with three clips for 11 |
| Instant Messages | Outgoing | 6/25/2021 11:54:16 PM(UTC+0) | From: +202***9849 Donny To: ***-***-**** Te | IMG_20210625_195400316.jpg [Glock 17 Gen5 9mm pistol and three pistol magazines]  |
| Instant Messages | Incoming | 6/25/2021 11:54:42 PM(UTC+0) | To: ***-***-****Te | |
| Instant Messages | Outgoing | 6/25/2021 11:56:27 PM(UTC+0) | To: 202***9849 Donny | Brand new |

| Instant Messages | Outgoing | 6/25/2021 11:58:26 PM(UTC+0) | To: 202***9849 Donny | I have never called in I haven't ever met someone too for 11 |
|---|---|---|---|---|
| Instant Messages | Outgoing | 6/26/2021 12:00:04 AM(UTC+0) | From: +202***9849 Donny To: ***-***-**** Te | IMG_20210625_195923969.jpg [red & silver Taurus pistol in a black holster]  |
| Instant Messages | Incoming | 6/26/2021 12:00:32 AM(UTC+0) | To: ***-***-****Te | |
| Instant Messages | Outgoing | 6/26/2021 12:01:50 AM(UTC+0) | To: 202***9849 Donny | I'm having called call me back |
| Instant Messages | Incoming | 6/26/2021 12:03:34 AM(UTC+0) | From: ***-***-****Te | I'm otp my name got an xd for me |
| Instant Messages | Outgoing | 6/26/2021 12:04:39 AM(UTC+0) | To: 202***9849 Donny | Ok lm out |

59.    Within this text message conversation was attached three separate photographs of firearms that CONSPIRATOR-1 sent to this contact "Te". Two photographs in particular, a Glock

17 Gen5 9mm pistol with three pistol magazines and a red & silver Taurus pistol in a black holster will be further discussed in Sections K & L.

60.     On July 30, 2021, CONSPIRATOR-1 sent a message to a contact labeled as "Lon", with screenshot of the Instagram webpage of Atlantic Guns showing an AK-47 style pistol and the name of Demetrius MINOR listed across the top of the screenshot. This screenshot would have been taken when MINOR's Instagram account was logged into and looking at the Instagram webpage of Atlantic Guns, the Federal Firearms Licensee located in Rockville, MD from where MINOR has purchased firearms.

| Type | Direction | Date & Time | Party | Description |
|------|-----------|-------------|-------|-------------|
| Instant Messages | Outgoing | 7/30/2021 8:30:42 PM(UTC+0) | From: +1202***9849 Donny To: ***-***-**** Lon | Screenshot_20210730-162952.png [Instagram webpage of Atlantic Guns showing an AK style pistol] |



61.     Between August 29 and September 15, 2021, CONSPIRATOR-1 was contacted on several occasions by a contact labeled as "Cuz Gun" with phone number (240) ***-2250. This is the number that was found associated with the cell phone that was recovered from MINOR on December 3, 2021, and was used by MINOR across three different wireless telecommunication carriers (AT&T, Verizon, & T-Mobile). As previously stated, *see* ¶ 38, MINOR and CONSPIRATOR-1 are cousins.

| Type | Direction | Date & Time | Party | Description |
|------|-----------|-------------|-------|-------------|
| Instant Messages | Incoming | 8/29/2021 10:51:36 PM(UTC+0) | From: +1240***2250 Cuz Gun | Who this?? |

| Instant Messages | Incoming | 9/6/2021 4:13:27 PM(UTC+0) | From: +1240***2250 Cuz Gun | I can meet you in like Wheaton again |
| Instant Messages | Incoming | 9/6/2021 4:14:00 PM(UTC+0) | From: +1240***2250 Cuz Gun | Ima have the car today |
| Instant Messages | Incoming | 9/7/2021 6:53:21 PM(UTC+0) | From: +1240***2250 Cuz Gun | Where u want me to meet u at? |
| Instant Messages | Incoming | 9/7/2021 9:04:52 PM(UTC+0) | From: +1240***2250 Cuz Gun | I'm here |
| Instant Messages | Incoming | 9/15/2021 5:14:33 PM(UTC+0) | From: +1240***2250 Cuz Gun | You still out VA?? |

62.     On September 25, 2021, CONSPIRATOR-1 was contacted by a phone number associated with Cash App – a mobile payment service that allows users to transfer money to one another using mobile devices – when he received multiple text message alerts. On March 30, 2022, Block, Inc. returned records for the Cash App accounts associated with MINOR, which showed that MINOR used the Display Name of "BigHam Minor" within the application. The following chart depicts the financial transactions between CONSPIRATOR-1 and MINOR:

| Type | Direction | Date & Time | Party | Description |
|------|-----------|-------------|-------|-------------|
| Instant Messages | Incoming | 9/25/2021 4:44:36 PM(UTC+0) | From: ***-***-**** | Cash App: The card ending in 0042 has been unlinked from your Cash App account |
| Instant Messages | Incoming | 9/25/2021 4:46:50 PM(UTC+0) | From: ***-***-**** | Cash App: For your protection, your $2,000 payment to BigHam Minor was refunded. $2,000 has been returned to your bank account and will be available Wednesday. |
| Instant Messages | Incoming | 9/25/2021 4:48:42 PM(UTC+0) | From: ***-***-**** | Cash App: BigHam Minor requested $2,000. Open Cash App to approve or decline |

| Instant Messages | Incoming | 9/25/2021 4:49:26 PM(UTC+0) | From: ***-***-**** | Cash App: For your protection, your $2,000 payment to BigHam Minor was refunded. $2,000 has been returned to your bank account and will be available Wednesday. |
|---|---|---|---|---|
| Instant Messages | Incoming | 9/25/2021 5:18:19 PM(UTC+0) | From: ***-***-**** | Cash App: BigHam Minor requested $1,000. Open Cash App to approve or decline |
| Instant Messages | Incoming | 9/25/2021 5:23:20 PM(UTC+0) | From: ***-***-**** | Cash App: BigHam Minor canceled the request for $1,000 |

63.     Also found on CONSPIRATOR-1 cell phone were photographs of payroll checks from Palisades Veterinary Clinic, LLC, located at 5138 MacArthur Boulevard, NW, Washington, D.C. 20016, referenced in Section O below.

### J.   Retrieval of Records from Engage Armament

64.     On January 20, 2022, your affiant contacted Engage Armament and spoke with the FFL co-owner, Witness-1. Witness-1 stated that Engage Armament had completed a work order by MINOR to "Cerakote" a firearm. Cerakote is a specialized coating that can be applied to wood, polymers, metals, and plastics that is composed of a polymer-ceramic compound. It is popular among some firearm owners to have their firearms "Cerakoted" a desired color.

65.     On January 26, 2022, your affiant went to Engage Armament to retrieve copies of receipts for a firearm that was purchased by MINOR and work orders that he had the FFL complete. Your affiant was provided copies of the receipts for the following:

| Transaction Date | Manufacturer | Model | Caliber | Type | Serial Number | Transaction Type |
|---|---|---|---|---|---|---|
| 6/1/2021 | Taurus Armas | G3C | 9mm | Pistol | ACB520645 | Work Order Cerakote Frame Aluminum /Crimson |
| 6/2/2021 | [Taurus] | G3 | 9mm | Pistol | ACA456782 | Work Order |

| | Armas | | | | | Cerakote Frame Coyote Brown |
|---|---|---|---|---|---|---|
| 6/11/2021 | Glock | 17 Gen5 | 9mm | Pistol | N/A | Deposit |
| 6/19/2021 | Glock | 17 Gen5 | 9mm | Pistol | BTBN564 | Payment |
| 6/19/2021 | [Taurus] Armas | G3 | 9mm | Pistol | ACA456782 | Payment for Cerakote |
| 6/22/2021 | Taurus Armas | G3C | 9mm | Pistol | ACB520645 | Payment for Cerakote |

### K. Follow-On Interview of MINOR

66.     On January 26, 2022, your affiant conducted a follow-on interview of Demetrius MINOR, during which he described the place where he had met CONSPIRATOR-1 in Washington, D.C., to transfer firearms as a small parking lot near McArthur Boulevard, where people would park and then walk up a hill. MINOR stated that the two met inside D.C.

67.     MINOR described "Tiffany" as a black female with dreadlocks, with the same skin tone as himself, and no scars, marks, glasses, or tattoos that he noticed. He stated that he met Tiffany once or twice. MINOR stated that he never met Tiffany in D.C., and that he met her at various places, including his residence. He stated that Tiffany had come to pick up firearms for CONSPIRATOR-1, and that CONSPIRATOR-1 had told him that CONSPIRATOR-1 was sending Tiffany to him.

68.     ATF identified a possible identity of "Tiffany". Upon your affiant showing MINOR the D.C. Driver's License photograph of Tiffany during this interview, MINOR positively identified Tiffany as the known person depicted on the license.

69.     Your affiant described to MINOR a series of firearm purchases MINOR had made in June of 2021. Your affiant showed MINOR a photograph of a Glock 17 Gen5, 9mm pistol which was found within CONSPIRATOR-1's cell phone. MINOR stated that he had not taken that photograph, nor had he taken a photograph of that Glock 17 firearm and sent it to CONSPIRATOR-1.

70.     After MINOR stated that he had a Taurus G3C "Cerakoted" the color red at Engage Armament, your affiant then showed MINOR a photograph of a red Taurus firearm in a holster which was also found on CONSPIRATOR-1's cell phone. MINOR stated that it was a Taurus G3C and that the color of the firearm was similar to the color of the firearm that he had "Cerakoted". He stated that he did not take that photograph, nor had he sent it to CONSPIRATOR-1. But MINOR stated that both firearms that he had been shown photographs of were given to CONSPIRATOR-1 in different transactions.

**L.  *Historical Cell Site Data Search Warrant and Analysis***

71.     On May 24, 2022, your affiant swore out a District of Columbia District Court Search Warrant (22-SC-1408) for the historical cell site location data for the cell phones of MINOR and CONSPIRATOR-1. The Search Warrant was served to the cellular telecommunication companies of AT&T, T-Mobile & Verizon on May 25, 2022.

72.     AT&T, T-Mobile & Verizon provided returns for MINOR's phone number of (240) ***-2250. T-Mobile provided a return for the phone number (202) ***-9849 that was associated with CONSPIRATOR-1.

73.     Your affiant reviewed the Search Warrant returns for the phone numbers used by MINOR and CONSPIRATOR-1 and had a Metropolitan Police Department Intelligence Research Specialist analyze and map the data to identify a meeting location of MINOR and CONSPIRATOR-1 within the District of Columbia.

74.     This review of MINOR's and CONSPIRATOR-1's historical cell site data revealed that:

      a.  On August 19, 2021, approximately in the late morning, MINOR and CONSPIRATOR-1 were both in the vicinity of a cell tower near MacArthur Boulevard, in N.W. Washington, D.C.

b. On August 27, 2021, at approximately 10:15 AM, MINOR and CONSPIRATOR-1 were both in the vicinity of a cell tower near MacArthur Boulevard, in N.W. Washington, D.C.

c. On September 7, 2021, at approximately 5:31 PM, MINOR and CONSPIRATOR-1 were both in the vicinity of a cell tower near MacArthur Boulevard, in NW Washington, D.C. [Note: In Paragraph 66, two text messages are listed on September 7, 2021, the first would have been sent at approximately 2:53 PM local, and then the second at 5:04 PM local. This second message would have been approximately 25 minutes prior to both MINOR and CONSPIRATOR-1 being in the vicinity of the cell tower near MacArthur Boulevard, in N.W. Washington, D.C.]

d. On September 27, 2021, at approximately 1:44 PM, MINOR and CONSPIRATOR-1 were both in the vicinity of a cell tower near MacArthur Boulevard, in NW Washington, D.C.

## M. Receipt of Financial Records

75. Andrews Federal Credit Union provided records for CONSPIRATOR-1' financial accounts. CONSPIRATOR-1 made multiple cash withdrawal and transactions between June 1 and September 30, 2021, to be discussed further below.

## N. Additional Firearm Recoveries and Current Attempted Purchase

76. Since interviewing MINOR on January 26, 2022, there has been approximately five (5) additional firearms which have been recovered by law enforcement in Maryland and Washington, D.C.[5], and ATF has conducted traces which have shown that MINOR was the

---

[5] For example, on May 26, 2022, a male was stabbed with a knife near the Hyattsville, MD Metro Station. An uninvolved witness followed the suspect as the suspect fled to and then in a gray 2013 Toyota Rav 4, with MD registration of 4EV3091, form the scene of the crime back to the vicinity of suspect's residence which was determined to be 2902 Arundel Road, Apartment # [Redacted], Hyattsville, MD 20712. On May 27, 2022, Hyattsville Police Department executed a search warrant for the residence of the suspect, during which a Taurus G3C, 9mm pistol, bearing Serial Number: ACB520645 (hereinafter "GUN E"). ATF conducted a trace of GUN E, which showed that it was transferred from Engage Armament to MINOR on June 9, 2021. On July 13, 2022, Montgomery County Police Department recovered Springfield Armory Hellcat 9mm pistol, bearing Serial Number: BY589829 (hereinafter "GUN F"), during the execution of a search warrant at 1904 Erie Street, Apartment # [Redacted], Adelphi, MD 20783, which is the residence of a defendant in an

purchaser of the firearms from Engage Armament and Atlantic Guns between June 9, 2021, and August 14, 2021.

77.     Of the approximately forty (40) known firearm purchases by MINOR, he purchased a total of twenty-two (22) firearms between June 5, 2021, and August 17, 2021. Based on the cell site location data, your affiant submits that MINOR met with CONSPIRATOR-1 on August 19, 2021, in Washington, D.C., just two days after that string of firearm purchases. Of the 22 firearms that were purchased in those two and half months, seven (7) of them, including GUN A, GUN B from CONSPIRATOR-1's arrest, and the five mentioned in the previous paragraph, have been recovered by law enforcement from individuals other than MINOR and MINOR was found to be in possession of only one (1) of these firearms, GUN D.

78.     On July 23, 2022, your affiant received information that MINOR was in an FFL completing paperwork for an additional purchase of a handgun. With the State of Maryland's 7-day waiting period law, MINOR is eligible to pick up this handgun on July 30, 2022.

### O.  Firearms Trafficking Trade

79.     Based on your affiant's training and experience in multiple investigations into firearms trafficking MINOR's action are consistent with a firearm trafficker for the following reasons, including, but not limited to: (1) MINOR purchased a large number of firearms in a short period of time; (2) MINOR purchased multiple firearms in a single transaction; (3) several of MINOR's purchased firearms were recovered with a short "Time to Crime" – the date of purchase until the date of recovery by law enforcement – which is indicative of an individual purchasing a firearm with the intent to quickly release said firearm into the black market; (4) the fact that MINOR – who could lawfully possess firearms – lacked any proof of any physical control or dominion over

ongoing investigation in Maryland. ATF conducted a trace of GUN F, which showed that it was transferred from Engage Armament to MINOR on August 6, 2021.

the firearms after their purchase; and (5) MINOR's lack of records for the allegedly private sales of the firearms after its initial purchase. Based upon your affiant's review of the FFL records, MINOR has spent *in excess of* $31,000 for the firearms and accessories at Engage Armament alone and as noted in paragraph 26 above, MINOR stated to ATF that he was not employed as of December 2021.

80.     The financial records of CONSPIRATOR-1 illustrate generally that around the same time as meeting with MINOR, CONSPIRATOR-1 will take significant amounts of cash out of his account. For example, MINOR picked up a firearm from United Gun Shop on August 17, 2021. Two days later, on August 19, 2021, historical cell-site location data places MINOR and CONSPIRATOR-1 near MacArthur Boulevard, NW, Washington, D.C. On that same day, CONSPIRATOR-1 made three (3) cash withdraws from 5185 MacArthur Boulevard, Washington, D.C. totaling $606.00. CONSPIRATOR-1 works at the Palisades Veterinary Clinic across the street at 5138 MacArthur Boulevard.

81.     On August 21, 2021, MINOR picked up a firearm from United Gun Shop and then on August 26, 2021, MINOR picked up two firearms from Engage Armament. On August 23, CONSPIRATOR-1 withdrew $5,000.00, and then on August 24, 2021, he made two withdrawals of $3,000.00, all from the Andrews Federal Credit Union at 1556 Alabama Avenue, SE Washington, DC. On August 27, 2021, historical cell-site location data places MINOR and CONSPIRATOR-1 near MacArthur Boulevard, NW, Washington, D.C.

82.     On August 28, 2021, MINOR picked up a firearm from Engage Armament. On September 4, 2021, MINOR picked up a firearm from Atlantic Guns.  Three days later, on September 7, 2021, CONSPIRATOR-1 made four (4) cash withdraws of $202.25, totaling to $809.00. That same day, September 7, 2021, historical cell-site location data places MINOR and CONSPIRATOR-1 near MacArthur Boulevard, NW, Washington, D.C.

83.     I know that the aforementioned firearms, including GUN B that was recovered in connection with CONSPIRATOR-1's arrest on November 27, 2021, constitute firearms pursuant to Title 18, United States Code, Section 921(a)(3), were not manufactured in the District of Columbia, and, therefore, these firearms traveled in, and/or affected interstate commerce.

## CONCLUSION

Based upon the foregoing facts, I submit that probable cause exists to conclude that, on or about August 19, 2021, MINOR, a Maryland resident, met with CONSPIRATOR-1, a D.C. resident and convicted felon, within the District of Columbia, and knowingly transferred at least one firearm to CONSPIRATOR-1, to include GUN B, which had traveled in and affected interstate commerce. Additionally, there is probable cause to believe that MINOR, during the time frame described above, was actively trafficking in firearms for profit. These facts provide probable cause to believe that MINOR has violated: 18 U.S.C. §§ 922(a)(5) ("Interstate Transfer"), 922(d) ("Sell or Otherwise Dispose to a Prohibited Person"), § 924(a)(1)(A) ("Illegal Dealing of Firearms") and § 371 ("Conspiracy to Violate Federal Firearms Laws", to include 18 U.S.C. §§ 922(a)(5), 922(d), 922(g)(1) ("Unlawful Possession of a Firearm by a Prohibited Person"), and 924(a)(1)(A)).

_____

John C. Donovan, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Respectfully submitted and attested to
in accordance with the requirements of

Fed. R. Crim. P. 4.1 via telephone on
July 29, 2022.


_____
The Honorable G. Michael Harvey
United States Magistrate Judge